**FILED**
August 31, 2005
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                                              )<br>            Plaintiff,                            )<br>v.                                                         )<br>                                                              )<br>RICHARD JAMES PULLEY, JR.,   )<br>                                                              )<br>            Defendant.                        ) | Case No. MAG 05-0238 DAD<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  RICHARD JAMES PULLEY, JR.  , Case No.

 MAG 05-0238 DAD  , Charge  Title 18 USC § 922 (g)(1)  , from custody subject to the conditions

contained in the attached "Notice to Defendant Being Released" and for the following reasons:

  ___   Release on Personal Recognizance

  _X_   Bail Posted in the Sum of $_____

  _X_   Unsecured Appearance Bond $ 25,000

  ___   Appearance Bond with 10% Deposit

  ___   Appearance Bond with Surety

  ___   Corporate Surety Bail Bond

  _X_   (Other)  With Conditions, Pretrial Supervision + Deemed a Vacarro Bond.

This release order is not effective until the date defendant has signed and understands the

attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  August 31, 2005  at  3:30 p.m.  .

By  /s/ Dale A. Drozd
Dale A. Drozd
United States Magistrate Judge

Original - U.S. Marshal