```
KEVIN D. CLYMO
Attorney at Law
Ca. St. Bar No. 88562
1812 J Street, Suite 22
Sacramento, CA  95814
Telephone:  (916) 447-1200

Attorney for Defendant
RICHARD PULLEY
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR.S-05-368 FCD |
| | ) | |
| Plaintiff, | ) | STIPULATION AND |
| | ) | ORDER TO CONTINUE STATUS |
| v. | ) | CONFERENCE |
| | ) | |
| RICHARD JAMES PULLEY, JR., | ) | Date: December 5, 2005 |
| | ) | Time: 9:30 a.m. |
| Defendant. | ) | |
| _____ | ) | Hon. Frank C. Damrell, Jr. |

   IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Phillip A. Talbert, Assistant United States Attorney, together with counsel for defendant, Kevin D. Clymo, that the previously set status conference of December 5, 2005 be continued to January 23, 2006 at 9:30 a.m.[1]

   This continuance is requested in order to allow further investigation based on the documents and audio recordings produced in discovery.

///

///

///

---

[1] The parties have been advised by this Court's Clerk that January 23, 2006 at 9:30 a.m. is an available date and time for a status conference in this matter.

1

Counsel for both parties agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, section 3161(h)(8)(B)(iv) (continuity of counsel/ reasonable time for effective preparation) and Local Code T4. IT IS SO STIPULATED.

Dated: December 1, 2005              /s/ Kevin D. Clymo
                                     KEVIN CLYMO
                                     Attorney for Defendant
                                     Richard Pulley


Dated: December 1, 2005              McGREGOR W. SCOTT
                                     United States Attorney

                                by:  /s/ Phillip A. Talbert
                                     PHILLIP A. TALBERT[2]
                                     Assistant U.S. Attorney


ORDER

GOOD CAUSE APPEARING, it is hereby ordered that the December 5, 2005 status conference be continued to January 23, 2005 at 9:30 a.m.  It is further ordered that time be excluded pursuant to 18 U.S.C. 3161(h)(8)(B)(iv) (continuity of counsel/ reasonable time for effective preparation) and Local Code T4.

Dated: December 2, 2005

_____                      /s/ Frank C. Damrell Jr.
                                     FRANK C. DAMRELL, JR.
                                     United States District Judge

---

[2] Kevin D. Clymo has obtained authorization to sign on behalf of Phillip A. Talbert.