KEVIN D. CLYMO
Attorney at Law
Ca. St. Bar No. 88562
1812 J Street, Suite 22
Sacramento, CA  95814
Telephone:  (916) 447-1200

Attorney for Defendant
RICHARD PULLEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RICHARD JAMES PULLEY, JR.,<br><br>　　　　Defendant.<br>_____ | No. CR.S-05-368 FCD<br><br>STIPULATION AND [PROPOSED]<br>ORDER TO CONTINUE STATUS<br>CONFERENCE<br><br>Date: January 23, 2006<br>Time: 9:30 a.m.<br><br>Hon. Frank C. Damrell, Jr. |

　　　IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Phillip A. Talbert, Assistant United States Attorney, together with counsel for defendant, Kevin D. Clymo, that the previously set status conference of January 23, 2006 be continued to February 13, 2006 at 9:30 a.m.[1]

　　　This continuance is requested because counsel for the defendant is not available on January 23, 2006 and because government counsel anticipates he will soon receive a fingerprint examination report that he will be able to provide to the defense in discovery.  Counsel for both parties agree that this is an appropriate exclusion of time within the meaning of Title 18,

---

[1] The parties have been advised by this Court's Clerk that February 13, 2006 at 9:30 a.m. is an available date and time for a status conference in this matter.

1

United States Code, section 3161(h)(8)(B)(iv) (continuity of counsel/ reasonable time for effective preparation) and Local Code T4.

IT IS SO STIPULATED.

Dated: January 18, 2006      /s/ Kevin D. Clymo
                             KEVIN CLYMO
                             Attorney for Defendant
                             Richard Pulley


Dated: January 18, 2006      McGREGOR W. SCOTT
                             United States Attorney

                        by:  /s/ Phillip A. Talbert
                             PHILLIP A. TALBERT[2]
                             Assistant U.S. Attorney

ORDER

GOOD CAUSE APPEARING, it is hereby ordered that the January 23, 2006 status conference be continued to February 13, 2006 at 9:30 a.m.  It is further ordered that time be excluded pursuant to 18 U.S.C. 3161(h)(8)(B)(iv) (continuity of counsel/ reasonable time for effective preparation) and Local Code T4.

Dated: January 18, 2006      /s/Frank C. Damrell, Jr.
                             FRANK C. DAMRELL, JR.
                             United States District Judge

---

[2] Kevin D. Clymo has obtained authorization to sign on behalf of Phillip A. Talbert.