1 McGREGOR W. SCOTT
United States Attorney
2 PHILLIP A. TALBERT
Assistant U.S. Attorney
3 501 I Street, Suite 10-100
Sacramento, California  95814
4 Telephone: (916) 554-2789

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | CR. No. S-05-368-FCD |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | STIPULATION AND ORDER |
| RICHARD JAMES PULLEY, JR., | ) | TO CONTINUE STATUS CONFERENCE |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

It is hereby stipulated between the parties, Plaintiff United States of America, by and through United States Attorney McGregor W. Scott and Assistant United States Attorney Phillip A. Talbert, and Defendant Richard James Pulley, Jr., through his attorney Kevin D. Clymo, as follows:

It is agreed that the current Status Conference date of March 20, 2006 be vacated and a new Status Conference date of April 24, 2006 at 9:30 a.m. be set.

The continuance of the status conference is necessary because government counsel anticipates that he will soon receive a fingerprint examination report in the case that he will be able to provide to the defense in discovery in addition to the report recently provided, since additional print comparisons are being attempted, and defense counsel will need to review the anticipated report and discuss it with defendant.

1  Accordingly, the parties jointly request a new status
2 conference date and time of April 24, 2006 at 9:30 a.m. and that the
3 time period from March 20, 2006, to and including April 24, 2006, be
4 excluded under the Speedy Trial Act pursuant to 18 U.S.C.
5 §3161(h)(8)(B)(iv) and Local Code T4 for defense preparation and
6 based on a finding by the Court that the ends of justice served by
7 granting a continuance outweigh the best interest of the public and
8 defendant in a speedy trial.

Respectfully submitted,

Dated: March 15, 2006          /s/Kevin D. Clymo
                               KEVIN D. CLYMO
                               Attorney for Defendant
                               RICHARD JAMES PULLEY, JR.
                               By PAT per telephone authorization

                               McGREGOR W. SCOTT
                               United States Attorney

Dated: March 15, 2006          /s/Phillip A. Talbert
                               PHILLIP A. TALBERT
                               Assistant U.S. Attorney
                               Attorney for Plaintiff

**ORDER**

**IT IS SO ORDERED.**

Dated: March 15, 2006
                               /s/ Frank C. Damrell Jr.
                               FRANK C. DAMRELL, JR.
                               United States District Judge