**JOSEPH J. WISEMAN, ESQ., CSBN 107403**
**JOSEPH J. WISEMAN, P.C.**
   1477 Drew Avenue, Suite 106
   Davis, California 95616
   Telephone:  530.759.0700
   Facsimile:   530.759.0800

**Attorney for Defendant**
**RICHARD JAMES PULLEY, JR.**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR S 05-00368 FCD |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE STATUS** |
| vs. | |
| RICHARD JAMES PULLEY, JR., | |
| Defendant. | |

It is hereby stipulated and agreed to between plaintiff, UNITED STATES OF AMERICA, through its counsel of record, Phillip Allen Talbert, Assistant United States Attorney, and defendant, RICHARD JAMES PULLEY, JR, through his counsel of record, Joseph J. Wiseman, that the status conference scheduled for June 12, 2006 at 9:30 a.m., be rescheduled to July 17, 2006 at 9:30 a.m. The parties are requesting this continuance to provide defendants' counsel, who was recently appointed, additional time to review the discovery.

The parties further stipulate and agree that time from June 12, 2006 through the date of the status conference set for July 17, 2006 be excluded from the speedy trial calculation pursuant to 18 U.S.C. §§ 3161(h)(8)(B)(iv) (reasonable time to prepare) and Local Rule T4.

Dated: June 8, 2006                    Respectfully submitted,

                                       By:  /s/ Joseph J. Wiseman
                                            JOSEPH J. WISEMAN
                                            Attorney for Defendant
                                            RICHARD JAMES PULLEY, JR.,


Dated: June 8, 2006                    By:  /s/ Phillip Allen Talbert
                                            PHILLIP ALLEN TALBERT
                                            Attorney for Plaintiff
                                            UNITED STATES OF AMERICA

**ORDER**

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT the status conference in the above-captioned case is continued to July 17, 2006 at 9:30 a.m.  IT IS FURTHER ORDERED THAT the time from the date of this Order to July 17, 2006 be excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(B)(iv) (reasonable time to prepare) and Local Rule T4.

Dated: June 8, 2006

                                       /s/ Frank C. Damrell Jr.
                                       FRANK C. DAMRELL JR.
                                       UNITED STATES DISTRICT JUDGE