**STEVEN D. BAUER**
Attorney at Law - SBN 50084
428 J Street - Suite 350
Sacramento, California 95814
Telephone: (916) 447-8262
E-mail: baueresq@sbcglobal.net

Attorney for Defendant: **RICHARD J. PULLEY**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | Crim. S-05-0368 FCD |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER** |
| ) | **THEREON** |
| v. ) | |
| ) | **(AMENDED)** |
| **RICHARD J. PULLEY**, ) | |
| ) | |
| Defendant, ) | "AS MODIFIED" |
| ) | |

It is hereby stipulated between counsel for the government and counsel and defendant that the status conference presently scheduled for October 23, 2006 may be continued until November 27, 2006 at 9:30 a.m.

It is further stipulated by the parties that time is excludable under the Speedy Trial Act until November 27, 2006, and all the parties accordingly request the court to order that time be excluded until that date.

This is case current counsel came into recently with substantial written discovery as well as numerous CD's pertaining to surveillance and cooperating witness. The parties agree to this continuance to permit completion of the discovery process, explore and identify potential pretrial motions and discuss possible resolution. In light of the foregoing, additional time will be required in order for the defense to prepare. See 18 U.S.C. § 3161(h)(8)(A) and 3161(h)(8)(B)(iv). Local Code T-4.

(Signatures and Order on Following Page)

| | |
|---|---|
| Dated: October 20, 2006 | Dated: October 20, 2006 |
| / s / Steven D. Bauer | / s / Phillip Talbert |
| **STEVEN D. BAUER**<br>Attorney for Defendant | **PHILLIP TALBERT**<br>Assistant United States Attorney |

ORDER

**IT IS SO ORDERED**

Dated: October 20, 2006

/s/ Frank C. Damrell Jr.
**FRANK C. DAMRELL JR.**
U. S. District Judge