**JAMES R. GREINER, ESQ.**
CALIFORNIA STATE BAR NUMBER 123357
**LAW OFFICES OF JAMES R. GREINER**
555 UNIVERSITY AVENUE, SUITE 290
SACRAMENTO, CALIFORNIA 95825
TELEPHONE:(916) 649-2006
FAX: (916) 920-7951
E MAIL: jaygreiner@midtown.net

ATTORNEY FOR DEFENDANT
RICHARD J. PULLEY

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> PLAINTIFF, ) <br> ) <br> v. ) <br> ) <br> RICHARD J. PULLEY, ) <br> ) <br> DEFENDANT. ) <br> _____) | CR.-S-05-368-FCD <br><br> STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE TO JUNE 4, 2007 |

Plaintiff United States of America, by its counsel, Assistant United States Attorney, Mr. Phillip A. Talbert, and defendant Richard J. Pulley, by his counsel James R. Greiner, hereby stipulate and agree that the status conference calendared for **Monday, April 30, 2007, at 10:00 a.m.** before the Honorable District Court Judge, Frank C. Damrell, Jr., shall be continued to **Monday, June 4, 2007, at 10:00 a.m.**

The background of the case to date is as follows: On August 24, 2005, a complaint was filed naming the defendant, which was then sealed by a motion by the government. On August 26, 2005, the defendant appeared on the complaint and was temporarily detained pending a hearing. On August 31, 2005, a detention hearing was held and a $25,000.00 Vacarro Bond was signed, the defendant was given eight special conditions of release and was released.

1

On September 8, 2005, an Indictment was returned naming the defendant in one count, an alleged violation of Title 18 U.S.C. section 922(g)(1), Felon in Possession of a firearm.

On September 12, 2005, the defendant was arraigned on the indictment, a not guilty plea was entered and a jury trial demanded. The case was continued to October 24, 2005, with an exclusion of time under local T-2 under the Speedy Trial Act.

On October 24, 2005, the case was continued to December 5, 2005, and time was excluded again under local T-4 under the Speedy Trial Act.

On December 2, 2005, a stipulation and order was signed continuing the case to January 23, 2006, "to allow further investigation based on the documents and audio recordings produced in discovery". Time under the Speedy Trial Act was excluded under Local Code T-4 and Title 18 U.S.C. section (h)(8)(B)(iv).

On January 18, 2006, a stipulation and order was signed continuing the case to February 13, 2006, because "defense was not available on January 23, 2006, and because government counsel anticipates he will soon receive a fingerprint examination report that he will be able to provide to the defense in discovery". Time under the Speedy Trial Act was excluded under Local Code T-4 and Title 18 U.S.C. section (h)(8)(B)(iv).

On February 13, 2006, a status conference was held and the case was continued to March 20, 2006. Time under the Speedy Trial Act was excluded under Local Code T-4 and Title 18 U.S.C. section (h)(8)(B)(iv).

On March 15, 2006, a stipulation and order was signed continuing the case to April 24, 2006, because "government counsel anticipates he will soon receive a fingerprint examination report in the case that he will be able to provide to defense in discovery in addition to the report recently provided, since additional print comparisons are being attempted, and defense counsel will need to review the anticipated report and discuss it with defendant". Time under the Speedy Trial Act

2

1  was excluded under Local Code T-4 and Title 18 U.S.C. section (h)(8)(B)(iv).

2  On April 24, 2006, a status conference was held and the case was continued to
3  June 12, 2006, with time under the Speedy Trial Act was excluded under Local Code
4  T-4 and Title 18 U.S.C. section (h)(8)(B)(iv).

5  Prior to the next court date, June 12, 2006, the defendant was appointed new
6  counsel due to the untimely death of defendant's first counsel, Mr. Kevin Clymo.

7  On June 9, 2006, a stipulation and order was signed continuing the case to July
8  17, 2006, to allow new counsel time to review the discovery. Time under the Speedy
9  Trial Act was excluded under Local Code T-4 and Title 18 U.S.C. section
10 (h)(8)(B)(iv).

11 On July 12, 2006, defendant was appointed his third counsel, Mr. Steve Bauer.

12 On July 17, 2006, a status conference was held and the case was continued to
13 August 21, 2006. Time under the Speedy Trial Act was excluded under Local Code T-
14 4 and Title 18 U.S.C. section (h)(8)(B)(iv).

15 On August 21, 2006, a status conference was held and the case was continued
16 to September 25, 2006. Time under the Speedy Trial Act was excluded under Local
17 Code T-4 and Title 18 U.S.C. section (h)(8)(B)(iv).

18 On September 25, 2006, a status conference was held and the case was
19 continued to October 23, 2006. Time under the Speedy Trial Act was excluded under
20 Local Code T-4 and Title 18 U.S.C. section (h)(8)(B)(iv).

21 On October 20, 2006, a stipulation and order was signed continuing the case to
22 July 17, 2006 to allow defendant's third counsel time to review "the substantial
23 written discovery and numerous CD's pertaining to surveillance and a cooperating
24 witness. The parties agree to this continuance to complete the discovery process,
25 explore and identify potential pretrial motions and discuss possible resolution". Time
26 under the Speedy Trial Act was excluded under Local Code T-4 and Title 18 U.S.C.
27 section (h)(8)(B)(iv).

28

3

On November 27, 2006, a status conference was held and the case was continued to December 11, 2006. Time under the Speedy Trial Act was excluded under Local Code T-4 and Title 18 U.S.C. section (h)(8)(B)(iv).

On December 11, 2006, a status conference was held and the case was continued to January 8, 2007. The court minutes indicate the court shall grant no further continuances. If the matter does not resolve on January 8, 2007, the court shall set trial. Time under the Speedy Trial Act was excluded under Local Code T-4 and Title 18 U.S.C. section (h)(8)(B)(iv).

On January 8, 2007, the defendant requests new counsel. Present counsel is not relieved and is to appear on January 22, 2007 at a status conference. Time under the Speedy Trial Act was excluded under Local Code T-4 and Title 18 U.S.C. section (h)(8)(B)(iv).

On January 22, 2007, an in camera hearing was held and a further status conference was set for January 25, 2007. Present counsel is not relieved and is to appear on January 25, 2007 at a status conference. Time under the Speedy Trial Act was excluded under Local Code T-4 and Title 18 U.S.C. section (h)(8)(B)(iv).

On January 25, 2007, a status conference was held and due to a miscommunication of the parties the defendant needs more time to discuss issues with the defendant. The defendant requests new counsel. Present counsel is not relieved and is to appear on February 26, 2007, at a status conference. Time under the Speedy Trial Act was excluded under Local Code T-4 and Title 18 U.S.C. section (h)(8)(B)(iv).

On February 26, 2007, a status conference was held and defendant was appointed his fourth counsel, James R. Greiner. A status conference was set for March 19, 2007. Time under the Speedy Trial Act was excluded under Local Code T-4 and Title 18 U.S.C. section (h)(8)(B)(iv).

On March 15, 2007, defendant filed a Stipulation and proposed Order to

4

1  continue the status conference scheduled for March 19, 2007, and to exclude time
2  under the Speedy Trial Act under Title 18 section 3161(h)(8)(B)(ii) and Local Code
3  T-4. The Court granted the request and the exclusion of time and signed the Order on
4  March 15, 2007. The next status conference was set for Monday, April 30, 2007.
5      On April 19, 2007, defense counsel received, after consultation with both the
6  defendant and the attorney for the government, Assistant United States Attorney Mr.
7  Phillip A. Talbert, additional discovery which was not in the discovery that was
8  provided to present counsel by any of the former defense counsel. This additional
9  discovery is a video tape and a copy of a search warrant to search 7871 53rd Avenue,
10  Sacramento, California, 95828 and a white fan, 1997 Ford Aerostar, license plate
11  number 5LQZ809.
12      This additional discovery needs to be reviewed and discussed with the
13  defendant. In addition, the additional discovery needs to be reviewed in light of the
14  other discovery in the case.
15      Further, counsel for the defendant is presently in a multi-defendant state Court
16  trial, People v. Milward, 02F05876, in Department 13 of the Sacramento County
17  Superior Court. The case is estimated to last at least several weeks, into the middle or
18  possibly later of May, 2007. (trial court days Monday through Thursday).
19      The parties stipulate and agree that time under the Speedy Trial Act shall be
20  excluded **through Monday, June 4, 2007, under Title 18 U.S.C. section**
21  **3161(h)(8)(B)(ii) and Local Code T**-4.
22      The Court's courtroom deputy was called to clear the date requested and the
23  date is available on the Court's calendar.

5

|  | Respectfully submitted, |
|---|---|
|  | McGREGOR W. SCOTT<br>UNITED STATES ATTORNEY |
|  | /s/ PHILLIP A. TALBERT by telephone authorization |
| DATED: 4-26-07 | _____<br>PHILLIP A. TALBERT<br>ASSISTANT UNITED STATES ATTORNEY<br>ATTORNEYS FOR THE PLAINTIFF |
| DATED: 4-26-07 | /s/ JAMES R. GREINER<br>_____<br>JAMES R. GREINER<br>ATTORNEY FOR DEFENDANT PULLEY |

**ORDER**

**IT IS SO ORDERED.**

DATED: April 26, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

6