1  **JAMES R. GREINER, ESQ.**
   CALIFORNIA STATE BAR NUMBER 123357
2  **LAW OFFICES OF JAMES R. GREINER**
   555 UNIVERSITY AVENUE, SUITE 290
3  SACRAMENTO, CALIFORNIA 95825
   TELEPHONE:(916) 649-2006
4  FAX: (916) 920-7951
   E MAIL: jaygreiner@midtown.net
5
   ATTORNEY FOR DEFENDANT
6  RICHARD J. PULLEY

7

8              IN THE UNITED STATES DISTRICT COURT FOR THE

9                  EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )      CR.-S-05-0368-FCD
                                     )
    PLAINTIFF,                       )      STIPULATION AND ORDER
12                                   )      TO CONTINUE STATUS CONFERENCE
    v.                               )      TO AUGUST 27, 2007
13                                   )
    RICHARD J. PULLEY,               )
14                                   )
                                     )
15  DEFENDANT.                       )
    _____)

16

17          Plaintiff United States of America, by its counsel, Assistant United States

18  Attorney, Mr. Phillip A. Talbert, and defendant Richard J. Pulley, by his counsel

19  James R. Greiner, hereby stipulate and agree that the status conference calendared for

20  **Monday, June 4, 2007, at 10:00 a.m.** before the Honorable District Court Judge,

21  Frank C. Damrell, Jr.,  shall be continued to **Monday, August 27, 2007, at**

22   **10:00 a.m.**

23          The background of the case to date is as follows: On August 24, 2005, a

24  complaint was filed naming the defendant, which was then sealed by a motion by the

25  government. On August 26, 2005, the defendant appeared on the complaint and was

26  temporarily detained pending a hearing. On August 31, 2005, a detention hearing was

27  held and a $25,000.00 Vacarro Bond was signed, the defendant was given eight

28                                      1

1  special conditions of release and was released.

2        On September 8, 2005, an Indictment was returned naming the defendant in one

3  count, an alleged violation of Title 18 U.S.C. section 922(g)(1), Felon in Possession of

4  a firearm.

5        On September 12, 2005, the defendant was arraigned on the indictment, a not

6  guilty plea was entered and a jury trial demanded. The case was continued to October

7  24, 2005, with an exclusion of time under local T-2 under the Speedy Trial Act.

8        On October 24, 2005, the case was continued to December 5, 2005, and time

9  was excluded again under local T-4 under the Speedy Trial Act.

10        On December 2, 2005, a stipulation and order was signed continuing the case to

11  January 23, 2006, "to allow further investigation based on the documents and audio

12  recordings produced in discovery". Time under the Speedy Trial Act was excluded

13  under Local Code T-4 and Title 18 U.S.C. section (h)(8)(B)(iv).

14        On January 18, 2006, a stipulation and order was signed continuing the case to

15  February 13, 2006, because "defense was not available on January 23, 2006, and

16  because government counsel anticipates he will soon receive a fingerprint examination

17  report that he will be able to provide to the defense in discovery". Time under the

18  Speedy Trial Act was excluded under Local Code T-4 and Title 18 U.S.C. section

19  (h)(8)(B)(iv).

20        On February 13, 2006, a status conference was held and the case was continued

21  to March 20, 2006. Time under the Speedy Trial Act was excluded under Local Code

22  T-4 and Title 18 U.S.C. section (h)(8)(B)(iv).

23        On March 15, 2006, a stipulation and order was signed continuing the case to

24  April 24, 2006, because "government counsel anticipates he will soon receive a

25  fingerprint examination report in the case that he will be able to provide to defense in

26  discovery in addition to the report recently provided, since additional print

27  comparisons are being attempted, and defense counsel will need to review the

28                                                      2

1    anticipated report and discuss it with defendant". Time under the Speedy Trial Act

2    was excluded under Local Code T-4 and Title 18 U.S.C. section (h)(8)(B)(iv).

3            On April 24, 2006, a status conference was held and the case was continued to

4    June 12, 2006, with time under the Speedy Trial Act was excluded under Local Code

5    T-4 and Title 18 U.S.C. section (h)(8)(B)(iv).

6            Prior to the next court date, June 12, 2006, the defendant was appointed new

7    counsel due to the untimely death of defendant's first counsel, Mr. Kevin Clymo.

8            On June 9, 2006, a stipulation and order was signed continuing the case to July

9    17, 2006, to allow new counsel time to review the discovery. Time under the Speedy

10   Trial Act was excluded under Local Code T-4 and Title 18 U.S.C. section

11   (h)(8)(B)(iv).

12           On July 12, 2006, defendant was appointed his third counsel, Mr. Steve Bauer.

13           On July 17, 2006, a status conference was held and the case was continued to

14   August 21, 2006. Time under the Speedy Trial Act was excluded under Local Code T-

15   4 and Title 18 U.S.C. section (h)(8)(B)(iv).

16           On August 21, 2006, a status conference was held and the case was continued

17   to September 25, 2006. Time under the Speedy Trial Act was excluded under Local

18   Code T-4 and Title 18 U.S.C. section (h)(8)(B)(iv).

19           On September 25, 2006, a status conference was held and the case was

20   continued to October 23, 2006. Time under the Speedy Trial Act was excluded under

21   Local Code T-4 and Title 18 U.S.C. section (h)(8)(B)(iv).

22           On October 20, 2006, a stipulation and order was signed continuing the case to

23   November 27, 2006 to allow defendant's third counsel time to review "the substantial

24   written discovery and numerous CD's pertaining to surveillance and a cooperating

25   witness. The parties agree to this continuance to complete the discovery process,

26   explore and identify potential pretrial motions and discuss possible resolution". Time

27   under the Speedy Trial Act was excluded under Local Code T-4 and Title 18 U.S.C.

28
                                        3

1   section (h)(8)(B)(iv).

2          On November 27, 2006, a status conference was held and the case was

3   continued to December 11, 2006. Time under the Speedy Trial Act was excluded

4   under Local Code T-4 and Title 18 U.S.C. section (h)(8)(B)(iv).

5          On December 11, 2006, a status conference was held and the case was

6   continued to January 8, 2007. The court minutes indicate the court shall grant no

7   further continuances. If the matter does not resolve on January 8, 2007, the court shall

8   set trial. Time under the Speedy Trial Act was excluded under Local Code T-4 and

9   Title 18 U.S.C. section (h)(8)(B)(iv).

10         On January 8, 2007, the defendant requests new counsel. Present counsel is not

11  relieved and is to appear on January 22, 2007 at a status conference. Time under the

12  Speedy Trial Act was excluded under Local Code T-4 and Title 18 U.S.C. section

13  (h)(8)(B)(iv).

14         On January 22, 2007, an in camera hearing was held and a further status

15  conference was set for January 25, 2007. Present counsel is not relieved and is to

16  appear on January 25, 2007 at a status conference. Time under the Speedy Trial Act

17  was excluded under Local Code T-4 and Title 18 U.S.C. section (h)(8)(B)(iv).

18         On January 25, 2007, a status conference was held and due to a mis-

19  communication of the parties the defendant needs more time to discuss issues with the

20  defendant. The defendant requests new counsel. Present counsel is not relieved and is

21  to appear on February 26, 2007,  at a status conference. Time under the Speedy Trial

22  Act was excluded under Local Code T-4 and Title 18 U.S.C. section (h)(8)(B)(iv).

23         On February 26, 2007, a status conference was held and defendant was

24  appointed his fourth counsel, James R. Greiner. A status conference was set for March

25  19, 2007. Time under the Speedy Trial Act was excluded under Local Code T-4 and

26  Title 18 U.S.C. section (h)(8)(B)(iv).

27

28                                                        4

1    On March 15, 2007, defendant filed a Stipulation and proposed Order to

2  continue the status conference scheduled for March 19, 2007, and to exclude time

3  under the Speedy Trial Act under Title 18 section 3161(h)(8)(B)(ii) and Local Code

4  T-4. The Court granted the request and the exclusion of time and signed the Order on

5  March 15, 2007. The next status conference was set for Monday, April 30, 2007.

6    On April 19, 2007, defense counsel received, after consultation with both the

7  defendant and the attorney for the government, Assistant United States Attorney Mr.

8  Phillip A. Talbert, additional discovery which was not in the discovery that was

9  provided to present counsel by any of the former defense counsel. This additional

10  discovery is a video tape and a copy of a search warrant to search 7871 53rd Avenue,

11  Sacramento, California, 95828 and a white fan, 1997 Ford Aerostar, license plate

12  number 5LQZ809.

13    Defense counsel, since April 23, 2007, has been in a multi-defendant trial,

14  People v. George Milward, et al., case number 02F05876. The trial is still continuing

15  and should conclude the week of June 4-8, 2007, barring unforeseeable trial issues.

16    On April 26, 2007, a stipulation and proposed Order was filed to continue the

17  case to Monday. June 4, 2007, with time excluded from the Speedy Trial Act under

18  Title 18 section 3161(h)(8)(B)(ii) and Local Code T-4. The Court signed the Order on

19  April 27, 2007.

20    The additional time is needed by defense counsel to throughly review with and

21  discuss the eleven CD disc's that were obtained from the government the week of

22  March 15, 2007, with the defendant  and to throughly review and discuss with the

23  defendant the additional discovery just received by the defense on April 19, 2007.

24    In addition, the defense has made an additional request for discovery regarding

25  certain items seized pursuant to the search warrant (computer hard drive and a

26  computer and an additional hard drive) that the government is following up on.

27

28                                                  5

1    The parties stipulate and agree that time under the Speedy Trial Act  shall be

2  excluded **up to and including Monday, August 27, 2007, under Title 18 U.S.C.**

3  **section 3161(h)(8)(B)(ii) and Local Code T**-4.

4    The Court's courtroom deputy was called to clear the date requested and the

5  date is available on the Court's calendar.

6                                  Respectfully submitted,

7                                  McGREGOR W. SCOTT
                                   UNITED STATES ATTORNEY

8                                  /s/ PHILLIP A. TALBERT by telephone authorization

9  DATED: 5-31-07

10                                 _____
                                   PHILLIP A. TALBERT
                                   ASSISTANT UNITED STATES ATTORNEY

11                                 ATTORNEYS FOR THE PLAINTIFF

12                                 /s/ JAMES R. GREINER
   DATED: 5-31-07                  _____

13                                 JAMES R. GREINER
                                   ATTORNEY FOR DEFENDANT PULLEY

14

15                                 **ORDER**

16
        **IT IS SO ORDERED.**
17

18  DATED: May 31, 2007.

19

20

21  _____
        FRANK C. DAMRELL, JR.
22        UNITED STATES DISTRICT JUDGE

23

24

25

26

27

28
                                   6