**JAMES R. GREINER, ESQ.**
CALIFORNIA STATE BAR NUMBER 123357
**LAW OFFICES OF JAMES R. GREINER**
555 UNIVERSITY AVENUE, SUITE 290
SACRAMENTO, CALIFORNIA 95825
TELEPHONE:(916) 649-2006
FAX: (916) 920-7951
E MAIL: jaygreiner@midtown.net

ATTORNEY FOR DEFENDANT
RICHARD J. PULLEY

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:05-cr-0368-FCD |
| ) | |
| PLAINTIFF, ) | STIPULATION AND ORDER |
| ) | TO CONTINUE STATUS CONFERENCE |
| v. ) | TO NOVEMBER 13, 2007 |
| ) | |
| RICHARD J. PULLEY, ) | |
| ) | |
| ) | |
| DEFENDANT. ) | |
| _____ ) | |

    Plaintiff United States of America, by its counsel, Assistant United States Attorney, Mr. Phillip A. Talbert, and defendant Richard J. Pulley, by his counsel James R. Greiner, hereby stipulate and agree that the status conference calendared for **Monday, September 25, 2007, at 10:00 a.m.** before the Honorable District Court Judge, Frank C. Damrell, Jr., shall be continued to **Tuesday, November 13, 2007, at 10:00 a.m.** ( Monday, November 12, 2007, is a legal Holiday).

    The background of the case to date is as follows: On August 24, 2005, a complaint was filed naming the defendant, which was then sealed by a motion by the government. On August 26, 2005, the defendant appeared on the complaint and was temporarily detained pending a hearing. On August 31, 2005, a detention hearing was held and a $25,000.00 Vacarro Bond was signed, the defendant was given eight special conditions of release and was released.

    On September 8, 2005, an Indictment was returned naming the defendant in one count, an

1

1  alleged violation of Title 18 U.S.C. section 922(g)(1), Felon in Possession of a firearm.

2  On September 12, 2005, the defendant was arraigned on the indictment, a not guilty plea was entered and a jury trial demanded. The case was continued to October 24, 2005, with an exclusion of time under local T-2 under the Speedy Trial Act.

On October 24, 2005, the case was continued to December 5, 2005, and time was excluded again under local T-4 under the Speedy Trial Act.

On December 2, 2005, a stipulation and order was signed continuing the case to January 23, 2006, "to allow further investigation based on the documents and audio recordings produced in discovery". Time under the Speedy Trial Act was excluded under Local Code T-4 and Title 18 U.S.C. section (h)(8)(B)(iv).

On January 18, 2006, a stipulation and order was signed continuing the case to February 13, 2006, because "defense was not available on January 23, 2006, and because government counsel anticipates he will soon receive a fingerprint examination report that he will be able to provide to the defense in discovery". Time under the Speedy Trial Act was excluded under Local Code T-4 and Title 18 U.S.C. section (h)(8)(B)(iv).

On February 13, 2006, a status conference was held and the case was continued to March 20, 2006. Time under the Speedy Trial Act was excluded under Local Code T-4 and Title 18 U.S.C. section (h)(8)(B)(iv).

On March 15, 2006, a stipulation and order was signed continuing the case to April 24, 2006, because "government counsel anticipates he will soon receive a fingerprint examination report in the case that he will be able to provide to defense in discovery in addition to the report recently provided, since additional print comparisons are being attempted, and defense counsel will need to review the anticipated report and discuss it with defendant". Time under the Speedy Trial Act was excluded under Local Code T-4 and Title 18 U.S.C. section (h)(8)(B)(iv).

On April 24, 2006, a status conference was held and the case was continued to June 12, 2006, with time under the Speedy Trial Act was excluded under Local Code T-4 and Title 18 U.S.C. section (h)(8)(B)(iv).

Prior to the next court date, June 12, 2006, the defendant was appointed new counsel due to the untimely death of defendant's first counsel, Mr. Kevin Clymo.

On June 9, 2006, a stipulation and order was signed continuing the case to July 17, 2006, to allow new counsel time to review the discovery. Time under the Speedy Trial Act was excluded under Local Code T-4 and Title 18 U.S.C. section (h)(8)(B)(iv).

On July 12, 2006, defendant was appointed his third counsel, Mr. Steve Bauer.

On July 17, 2006, a status conference was held and the case was continued to August 21, 2006. Time under the Speedy Trial Act was excluded under Local Code T-4 and Title 18 U.S.C. section (h)(8)(B)(iv).

On August 21, 2006, a status conference was held and the case was continued to September 25, 2006. Time under the Speedy Trial Act was excluded under Local Code T-4 and Title 18 U.S.C. section (h)(8)(B)(iv).

On September 25, 2006, a status conference was held and the case was continued to October 23, 2006. Time under the Speedy Trial Act was excluded under Local Code T-4 and Title 18 U.S.C. section (h)(8)(B)(iv).

On October 20, 2006, a stipulation and order was signed continuing the case to November 27, 2006 to allow defendant's third counsel time to review "the substantial written discovery and numerous CD's pertaining to surveillance and a cooperating witness. The parties agree to this continuance to complete the discovery process, explore and identify potential pretrial motions and discuss possible resolution". Time under the Speedy Trial Act was excluded under Local Code T-4 and Title 18 U.S.C. section (h)(8)(B)(iv).

On November 27, 2006, a status conference was held and the case was continued to December 11, 2006. Time under the Speedy Trial Act was excluded under Local Code T-4 and Title 18 U.S.C. section (h)(8)(B)(iv).

On December 11, 2006, a status conference was held and the case was continued to January 8, 2007. The court minutes indicate the court shall grant no further continuances. If the matter does not resolve on January 8, 2007, the court shall set trial. Time under the Speedy Trial Act was

1  excluded under Local Code T-4 and Title 18 U.S.C. section (h)(8)(B)(iv).

2  On January 8, 2007, the defendant requests new counsel. Present counsel is not relieved and
3  is to appear on January 22, 2007 at a status conference. Time under the Speedy Trial Act was
4  excluded under Local Code T-4 and Title 18 U.S.C. section (h)(8)(B)(iv).

5  On January 22, 2007, an in camera hearing was held and a further status conference was set
6  for January 25, 2007. Present counsel is not relieved and is to appear on January 25, 2007 at a status
7  conference. Time under the Speedy Trial Act was excluded under Local Code T-4 and Title 18
8  U.S.C. section (h)(8)(B)(iv).

9  On January 25, 2007, a status conference was held and due to a mis-communication of the
10 parties the defendant needs more time to discuss issues with the defendant. The defendant requests
11 new counsel. Present counsel is not relieved and is to appear on February 26, 2007,  at a status
12 conference. Time under the Speedy Trial Act was excluded under Local Code T-4 and Title 18
13 U.S.C. section (h)(8)(B)(iv).

14 On February 26, 2007, a status conference was held and defendant was appointed his fourth
15 counsel, James R. Greiner. A status conference was set for March 19, 2007. Time under the Speedy
16 Trial Act was excluded under Local Code T-4 and Title 18 U.S.C. section (h)(8)(B)(iv).

17 On March 15, 2007, defendant filed a Stipulation and proposed Order to continue the status
18 conference scheduled for March 19, 2007, and to exclude time under the Speedy Trial Act under
19 Title 18 section 3161(h)(8)(B)(ii) and Local Code T-4. The Court granted the request and the
20 exclusion of time and signed the Order on March 15, 2007. The next status conference was set for
21 Monday, April 30, 2007.

22 On April 19, 2007, defense counsel received, after consultation with both the defendant and
23 the attorney for the government, Assistant United States Attorney Mr. Phillip A. Talbert, additional
24 discovery which was not in the discovery that was provided to present counsel by any of the former
25 defense counsel. This additional discovery is a video tape and a copy of a search warrant to search
26 7871 53rd Avenue, Sacramento, California, 95828 and a white fan, 1997 Ford Aerostar, license plate
27 number 5LQZ809.

28

4

1  On April 26, 2007, a stipulation and proposed Order was filed to continue the case to
2  Monday. June 4, 2007, with time excluded from the Speedy Trial Act under Title 18 section
3  3161(h)(8)(B)(ii) and Local Code T-4.  The Court signed the Order on April 27, 2007.
4  On May 31, 2007, s Stipulation and Order was signed by the District Court continuing the
5  status conference to August 27, 2007, and excluding time under the Speedy Trial Act under Title 18
6  section 3161(h)(8)(B)(ii) and Local Code T-4.
7  The parties had a status conference in Court on August 27, 2007. At that time the defense
8  informed the Court that the defense had made an informal discovery request of the government to
9  obtain a copy of the computer hard drive that was seized by the government. That the parties were in
10  contact and working out the arrangements for that process to occur. That case was then continued to
11  Monday, September 25, 2007, with time under the Speedy Trial Act excluded under Title 18 section
12  3161(h)(8)(B)(ii) and Local Code T-4.
13  The parties have reached an agreement on the copying of the computer hard drive and the
14  defense is in the process of delivering to the FBI office here in Sacramento a hard drive so that the
15  seized computer hard drive can be mirrored copied onto it. Once that takes place the defense will
16  then be in a position to have the hard drive examined. The defense will also examine the hard drive
17  with the defendant.
18  The parties agree the additional time is needed by the defense to ensure that the computer
19  hard drive is mirrored onto a hard drive by the FBI and then reviewed by the defense.
20  The parties stipulate and agree that time under the Speedy Trial Act  shall be excluded **up to**
21  **and including Tuesday, November 13, 2007, under Title 18 U.S.C. section 3161(h)(8)(B)(ii) and**
22  **Local Code T**-4.
23  The Court's courtroom deputy was called to clear the date requested and the date is available
24  on the Court's calendar. The government gave consent to sign this document via telephone
25  conference.
26  ///
27  ///
28

5

Respectfully submitted,

McGREGOR W. SCOTT
UNITED STATES ATTORNEY

/s/ PHILLIP A. TALBERT by telephone authorization

DATED: 9-20-07

_____
PHILLIP A. TALBERT
ASSISTANT UNITED STATES ATTORNEY
ATTORNEYS FOR THE PLAINTIFF

/s/ JAMES R. GREINER

DATED: 9-20-07

_____
JAMES R. GREINER
ATTORNEY FOR DEFENDANT PULLEY

    IT IS SO ORDERED.

DATED: September 21, 2007.

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE