**JAMES R. GREINER, ESQ.**
CALIFORNIA STATE BAR NUMBER 123357
**LAW OFFICES OF JAMES R. GREINER**
555 UNIVERSITY AVENUE, SUITE 290
SACRAMENTO, CALIFORNIA 95825
TELEPHONE:(916) 649-2006
FAX: (916) 920-7951
E MAIL: jaygreiner@midtown.net

ATTORNEY FOR DEFENDANT
RICHARD J. PULLEY

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>PLAINTIFF, )<br>)<br>v. )<br>)<br>RICHARD J. PULLEY, )<br>)<br>)<br>DEFENDANT. )<br>_____) | 2:05-cr-0368-FCD<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE TO JANUARY 8, 2008 |

Plaintiff United States of America, by its counsel, Assistant United States Attorney, Mr. Phillip A. Talbert, and defendant Richard J. Pulley, by his counsel James R. Greiner, hereby stipulate and agree that the status conference calendared for **Tuesday, November 13, 2007, at 10:00 a.m.** before the Honorable District Court Judge, Frank C. Damrell, Jr., shall be continued to **Tuesday, January 8, 2008, at 10:00 a.m.**.

The background of the case to date is as follows: On August 24, 2005, a complaint was filed naming the defendant, which was then sealed by a motion by the government. On August 26, 2005, the defendant appeared on the complaint and was temporarily detained pending a hearing. On August 31, 2005, a detention hearing was held and a $25,000.00 Vacarro Bond was signed, the defendant was given eight

1

1 special conditions of release and was released.

2 On September 8, 2005, an Indictment was returned naming the defendant in one
3 count, an alleged violation of Title 18 U.S.C. section 922(g)(1), Felon in Possession of
4 a firearm.

5 On September 12, 2005, the defendant was arraigned on the indictment, a not
6 guilty plea was entered and a jury trial demanded. The case was continued to October
7 24, 2005, with an exclusion of time under local T-2 under the Speedy Trial Act.

8 On October 24, 2005, the case was continued to December 5, 2005, and time
9 was excluded again under local T-4 under the Speedy Trial Act.

10 On December 2, 2005, a stipulation and order was signed continuing the case to
11 January 23, 2006, "to allow further investigation based on the documents and audio
12 recordings produced in discovery". Time under the Speedy Trial Act was excluded
13 under Local Code T-4 and Title 18 U.S.C. section (h)(8)(B)(iv).

14 On January 18, 2006, a stipulation and order was signed continuing the case to
15 February 13, 2006, because "defense was not available on January 23, 2006, and
16 because government counsel anticipates he will soon receive a fingerprint examination
17 report that he will be able to provide to the defense in discovery". Time under the
18 Speedy Trial Act was excluded under Local Code T-4 and Title 18 U.S.C. section
19 (h)(8)(B)(iv).

20 On February 13, 2006, a status conference was held and the case was continued
21 to March 20, 2006. Time under the Speedy Trial Act was excluded under Local Code
22 T-4 and Title 18 U.S.C. section (h)(8)(B)(iv).

23 On March 15, 2006, a stipulation and order was signed continuing the case to
24 April 24, 2006, because "government counsel anticipates he will soon receive a
25 fingerprint examination report in the case that he will be able to provide to defense in
26 discovery in addition to the report recently provided, since additional print
27 comparisons are being attempted, and defense counsel will need to review the

28

2

1  anticipated report and discuss it with defendant". Time under the Speedy Trial Act
2  was excluded under Local Code T-4 and Title 18 U.S.C. section (h)(8)(B)(iv).
3       On April 24, 2006, a status conference was held and the case was continued to
4  June 12, 2006, with time under the Speedy Trial Act was excluded under Local Code
5  T-4 and Title 18 U.S.C. section (h)(8)(B)(iv).
6       Prior to the next court date, June 12, 2006, the defendant was appointed new
7  counsel due to the untimely death of defendant's first counsel, Mr. Kevin Clymo.
8       On June 9, 2006, a stipulation and order was signed continuing the case to July
9  17, 2006, to allow new counsel time to review the discovery. Time under the Speedy
10 Trial Act was excluded under Local Code T-4 and Title 18 U.S.C. section
11 (h)(8)(B)(iv).
12      On July 12, 2006, defendant was appointed his third counsel, Mr. Steve Bauer.
13      On July 17, 2006, a status conference was held and the case was continued to
14 August 21, 2006. Time under the Speedy Trial Act was excluded under Local Code T-
15 4 and Title 18 U.S.C. section (h)(8)(B)(iv).
16      On August 21, 2006, a status conference was held and the case was continued
17 to September 25, 2006. Time under the Speedy Trial Act was excluded under Local
18 Code T-4 and Title 18 U.S.C. section (h)(8)(B)(iv).
19      On September 25, 2006, a status conference was held and the case was
20 continued to October 23, 2006. Time under the Speedy Trial Act was excluded under
21 Local Code T-4 and Title 18 U.S.C. section (h)(8)(B)(iv).
22      On October 20, 2006, a stipulation and order was signed continuing the case to
23 November 27, 2006 to allow defendant's third counsel time to review "the substantial
24 written discovery and numerous CD's pertaining to surveillance and a cooperating
25 witness. The parties agree to this continuance to complete the discovery process,
26 explore and identify potential pretrial motions and discuss possible resolution". Time
27 under the Speedy Trial Act was excluded under Local Code T-4 and Title 18 U.S.C.
28

1  section (h)(8)(B)(iv).

2     On November 27, 2006, a status conference was held and the case was
3  continued to December 11, 2006. Time under the Speedy Trial Act was excluded
4  under Local Code T-4 and Title 18 U.S.C. section (h)(8)(B)(iv).

5     On December 11, 2006, a status conference was held and the case was
6  continued to January 8, 2007. The court minutes indicate the court shall grant no
7  further continuances. If the matter does not resolve on January 8, 2007, the court shall
8  set trial. Time under the Speedy Trial Act was excluded under Local Code T-4 and
9  Title 18 U.S.C. section (h)(8)(B)(iv).

10    On January 8, 2007, the defendant requests new counsel. Present counsel is not
11 relieved and is to appear on January 22, 2007 at a status conference. Time under the
12 Speedy Trial Act was excluded under Local Code T-4 and Title 18 U.S.C. section
13 (h)(8)(B)(iv).

14    On January 22, 2007, an in camera hearing was held and a further status
15 conference was set for January 25, 2007. Present counsel is not relieved and is to
16 appear on January 25, 2007 at a status conference. Time under the Speedy Trial Act
17 was excluded under Local Code T-4 and Title 18 U.S.C. section (h)(8)(B)(iv).

18    On January 25, 2007, a status conference was held and due to a mis-
19 communication of the parties the defendant needs more time to discuss issues with the
20 defendant. The defendant requests new counsel. Present counsel is not relieved and is
21 to appear on February 26, 2007, at a status conference. Time under the Speedy Trial
22 Act was excluded under Local Code T-4 and Title 18 U.S.C. section (h)(8)(B)(iv).

23    On February 26, 2007, a status conference was held and defendant was
24 appointed his fourth counsel, James R. Greiner. A status conference was set for March
25 19, 2007. Time under the Speedy Trial Act was excluded under Local Code T-4 and
26 Title 18 U.S.C. section (h)(8)(B)(iv).

On March 15, 2007, defendant filed a Stipulation and proposed Order to continue the status conference scheduled for March 19, 2007, and to exclude time under the Speedy Trial Act under Title 18 section 3161(h)(8)(B)(ii) and Local Code T-4. The Court granted the request and the exclusion of time and signed the Order on March 15, 2007. The next status conference was set for Monday, April 30, 2007.

On April 19, 2007, defense counsel received, after consultation with both the defendant and the attorney for the government, Assistant United States Attorney Mr. Phillip A. Talbert, additional discovery which was not in the discovery that was provided to present counsel by any of the former defense counsel. This additional discovery is a video tape and a copy of a search warrant to search 7871 53rd Avenue, Sacramento, California, 95828 and a white fan, 1997 Ford Aerostar, license plate number 5LQZ809.

On April 26, 2007, a stipulation and proposed Order was filed to continue the case to Monday. June 4, 2007, with time excluded from the Speedy Trial Act under Title 18 section 3161(h)(8)(B)(ii) and Local Code T-4.  The Court signed the Order on April 27, 2007.

On May 31, 2007, s Stipulation and Order was signed by the District Court continuing the status conference to August 27, 2007, and excluding time under the Speedy Trial Act under Title 18 section 3161(h)(8)(B)(ii) and Local Code T-4.

The parties had a status conference in Court on August 27, 2007. At that time the defense informed the Court that the defense had made an informal discovery request of the government to obtain a copy of the computer hard drive that was seized by the government. That the parties were in contact and working out the arrangements for that process to occur. That case was then continued to Monday, September 25, 2007, with time under the Speedy Trial Act excluded under Title 18 section 3161(h)(8)(B)(ii) and Local Code T-4.

1  On September 21, 2007, a stipulation and Order was signed by the District
2 Court continuing the case to Tuesday, November 13, 2007, with time excluded from
3 the Speedy Trial Act under Title 18 section 3161(h)(8)(B)(ii) and Local Code T-4.
4 The defense was in the process of reviewing the additional discovery and in the
5 process of obtaining the material to deliver to the FBI to mirror image the defendant's
6 computer's hard drive.

7  The defense has delivered a hard drive to the FBI so that the defendant's
8 computer's hard drive can be mirrored imaged. The process of mirroring will not be
9 lengthy, however, the reading of the mirror imaging will take expertise in computers
10 which will take some time for the defense. In addition, the mirrored imaged hard drive
11 will have to be discussed with the defendant to understand how it impacts the case.

12  In addition, defense counsel is in a lengthy jury trial in Sacramento Superior
13 Court, People v. Por Her, 03F02335, which is estimated to last until the end of 2007.
14 (The government has listed over one hundred (100) witness).

15  The parties agree the additional time is needed by the defense to ensure that the
16 computer hard drive is mirrored onto a hard drive by the FBI and then reviewed by
17 defense counsel and the defendant.

18  The parties stipulate and agree that time under the Speedy Trial Act shall be
19 excluded **up to and including Tuesday, January 8, 2008, under Title 18 U.S.C.**
20 **section 3161(h)(8)(B)(ii) and Local Code T**-4.

21  The Court's courtroom deputy was called to clear the date requested and the
22 date is available on the Court's calendar. The government gave consent to sign this
23 document via telephone conference.

24 ////
25 ////
26 ////
27
28

|   |   |
|---|---|
|   | Respectfully submitted, |
|   | McGREGOR W. SCOTT<br>UNITED STATES ATTORNEY |
|   | /s/ PHILLIP A. TALBERT by telephone authorization |
| DATED: 11-9-07 | _____ |
|   | PHILLIP A. TALBERT<br>ASSISTANT UNITED STATES ATTORNEY<br>ATTORNEYS FOR THE PLAINTIFF |
|   | /s/ JAMES R. GREINER |
| DATED: 11-9-07 | _____ |
|   | JAMES R. GREINER<br>ATTORNEY FOR DEFENDANT PULLEY |

**IT IS SO ORDERED.**

DATED: November 9, 2007.

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE