1  McGREGOR W. SCOTT
   United States Attorney
2  MARY L. GRAD
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone:  (916) 554-2763

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. S-05-368 FCD |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | CONTINUING JURY TRIAL |
| | ) | AND EXCLUDING TIME UNDER THE |
| v. | ) | SPEEDY TRIAL ACT |
| | ) | |
| RICHARD JAMES PULLEY, | ) | |
| | ) | |
| Defendant. | ) | |

The jury trial in the captioned action is currently set for September 16, 2008 at 9:00 a.m. with trial confirmation hearing scheduled for August 18, 2008 at 10 a.m.  There are a large number of lengthy tape-recorded conversations that need to be reviewed and selectively transcribed prior to trial in this matter.  The government will provide defense counsel with the portions of the tape recordings it intends to use at trial and thereafter the defense can determine what if any additional portions should be presented to the jury.  The parties need additional time to accomplish this task.

Accordingly, the parties request that the jury trial be continued until January 27, 2009 at 9:00 a.m., with trial

conformation hearing to occur on January 6, 2009 at 10:00 a.m.  The continuance is necessary for continuity of counsel and to give counsel time for defense preparation.

The parties also request that the court exclude time within which the trial of this matter must commence under the provisions of the Speedy Trial Act from September 16, 2008 through January 27, 2008 for defense preparation and continuity of counsel under 18 U.S.C. § 3161(h)(8)(B)(iv) (local Code T4).

                                    McGREGOR W. SCOTT
                                    United States Attorney

DATED: June 20, 2008         By  /s/ Mary L. Grad
                                    MARY L. GRAD
                                    Assistant U.S. Attorney

                                    /S/ James R. Greiner
                                    JAMES R. GREINER
                                    Counsel for Richard Pulley

     IT IS SO ORDERED.


DATED: June 20, 2008

                                    FRANK C. DAMRELL, JR.
                                    UNITED STATES DISTRICT JUDGE