1 **JAMES R. GREINER, ESQ.**
CALIFORNIA STATE BAR NUMBER 123357
2 **LAW OFFICES OF JAMES R. GREINER**
555 UNIVERSITY AVENUE, SUITE 290
3 SACRAMENTO, CALIFORNIA 95825
TELEPHONE:(916) 649-2006
4 FAX: (916) 920-7951
E MAIL: jaygreiner@midtown.net

ATTORNEY FOR DEFENDANT
RICHARD J. PULLEY

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR.-S-05-368-FCD |
| ) | |
| PLAINTIFF, ) | STIPULATION AND ORDER |
| ) | RESETTING THE TRIAL DATE AND |
| v. ) | THE TRIAL CONFIRMATION |
| ) | HEARING DATE |
| RICHARD J. PULLEY, ) | |
| ) | |
| DEFENDANT. ) | |
| _____) | |

Plaintiff United States of America, by its counsel, Assistant United States Attorney, Mr. Todd Leras, and defendant Richard J. Pulley, by his counsel, Mr. James R. Greiner, hereby stipulate and agree that the presently scheduled trial date of Tuesday, January 27, 2009 and the trial confirmation date of Tuesday, January 6, 2009, can be vacated and that a new trial date of Tuesday, November 3, 2009, at 9:00 a.m., and a new trial confirmation date of Monday, October 5, 2009, at 10:00 a.m., can be set in this case all before the Honorable District Court Judge, Frank C. Damrell, Jr..

The Court's courtroom deputy, Ms. Michele Krueger, was consulted to check the above dates with the Court's calendar, and the Court is available on the above dates and times.

1

The case has turned complex within the meaning of the Speedy Trial Act Title 18 U.S.C. section 3161(h)(8)(B)(ii) and local code T-2, which allows the Court to make the finding that this case is so unusual or so complex, due to the number of transcripts which have been transcribed and put on a CD disc, these transcripts are conversations between the defendant and the government's under cover officer over a period of eight (8) months spanning over the end of one year into another year and are a critical part of the case (both pre-trial and trial), the analysis of the transcripts and the use of the transcripts both pre-trial and preparation for trial are critical for both the government and the defense, in addition, the case has complex issues of potential sentencing which has been in the middle of the discussions of this case between the government and the defense and reasonably will continue to be for the foreseeable future and as such it is unreasonable to expect adequate preparation for pretrial proceedings or the trial itself within the time limits established by the Speedy Trial Act. Therefore, both parties agree and stipulate that this case falls within the parameters of the Speedy Trial Act's complex case. Further, both parties agree and stipulate that time should be excluded **under Title 18 U.S.C. section 3161(h)(8)(B)(ii) and local code T-2 up to and including Monday, October 5, 2009.**

In addition, the parties stipulate and agree that time under the Speedy Trial Act shall be excluded **up to and including Monday, October 5, 2009, under Title 18 U.S.C. section 3161(h)(8)(B)(ii) and Local Code T**-4, to allow for adequate preparation of counsel for pre-trial and trial purposes.

2

Respectfully submitted,

McGREGOR W. SCOTT
UNITED STATES ATTORNEY

/s/ TODD LERAS, by telephone authorization

DATED: 1-5-09            _____
TODD LERAS
ASSISTANT UNITED STATES ATTORNEY
ATTORNEYS FOR THE PLAINTIFF

/s/ JAMES R. GREINER

DATED: 1-5-09            _____
JAMES R. GREINER
ATTORNEY FOR DEFENDANT PULLEY

**ORDER**

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

DATED: January 5, 2009.

_____
**FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT COURT JUDGE**

3