1  **JAMES R. GREINER, ESQ.**
   CALIFORNIA STATE BAR NUMBER 123357
2  **LAW OFFICES OF JAMES R. GREINER**
   555 UNIVERSITY AVENUE, SUITE 290
3  SACRAMENTO, CALIFORNIA 95825
   TELEPHONE:(916) 649-2006
4  FAX: (916) 920-7951
   E MAIL: jaygreiner@midtown.net
5
   ATTORNEY FOR DEFENDANT
6  RICHARD J. PULLEY

7

8         IN THE UNITED STATES DISTRICT COURT FOR THE

9              EASTERN DISTRICT OF CALIFORNIA

10
    UNITED STATES OF AMERICA,      )   CR.-S-05-0368-FCD
11                                 )
         PLAINTIFF,                 )   STIPULATION AND ORDER
12                                 )   RESETTING THE TRIAL DATE AND
         v.                        )   THE TRIAL CONFIRMATION
13                                 )   HEARING DATE
    RICHARD J. PULLEY,             )
14                                 )
                                   )
15       DEFENDANT.                )
                                   )
16  _____)

17       Plaintiff United States of America, by its counsel, Assistant United States

18  Attorney, Mr. Todd Leras, and defendant Richard J. Pulley, by his counsel, Mr. James

19  R. Greiner, hereby stipulate and agree that the presently scheduled trial date of

20  Tuesday, November 3, 2009 and the trial confirmation date of Monday, October 5,

21  2009, can be vacated and that a new trial date of Tuesday, June 22, 2010, at 9:00 a.m.,

22  and a new trial confirmation date of Monday, May 24, 2010, at 10:00 a.m., can be set

23  in this case all before the Honorable District Court Judge, Frank C. Damrell, Jr.

24       The Court's relief courtroom deputy, Ms. Casey Schultz, was consulted to

25  check the above dates with the Court's calendar, and the Court is available on the

26  above dates and times.

27

28                                    1

The case has turned complex within the meaning of the Speedy Trial Act Title 18 U.S.C. section 3161(h)(7)(B)(ii) and local code T-2, which allows the Court to make the finding that this case is so unusual or so complex, due to the number of transcripts which have been transcribed and put on a CD disc, these transcripts are conversations between the defendant and the government's under cover officer over a period of eight (8) months spanning over the end of one year into another year and are a critical part of the case (both pre-trial and trial), the analysis of the transcripts and the use of the transcripts both pre-trial and preparation for trial are critical for both the government and the defense, in addition, the case has complex issues of potential sentencing which has been in the middle of the discussions of this case between the government and the defense and reasonably will continue to be for the foreseeable future and as such it is unreasonable to expect adequate preparation for pretrial proceedings or the trial itself within the time limits established by the Speedy Trial Act. Therefore, both parties agree and stipulate that this case falls within the parameters of the Speedy Trial Act's complex case. Further, both parties agree and stipulate that time should be excluded under Title 18 U.S.C. section 3161(h)(7)(B)(ii) and local code T-2 up to and including Tuesday, June 22, 2010.

In addition, the parties stipulate and agree that time under the Speedy Trial Act shall be excluded up to and including Tuesday, June 22, 2010, under Title 18 U.S.C. section 3161(h)(7)(B)(iv) and Local Code T-4, to allow for adequate preparation of counsel for pre-trial and trial purposes.

The parties agree and stipulate that the additional time is needed by the defense to adequately review all of the transcripts; to adequately continue further investigation due to the content that is contained on the transcripts (which could include, but not be limited to, having an investigator travel and locate various individuals that may be located throughout California and possibly outside of California); to allow a briefing schedule to be set after review of the transcripts for

1 hearings in front of the Court prior to trial, to allow trial to flow in an expedient
2 manner, thus saving both the Court and the government precious resources.
3     The parties agree and stipulate that the ends of justice are served by the Court
4 excluding time under the Speedy Trial Act under both local code T-2 (Title 18 U.S.C.
5 section 3161(h)(7)(B)(ii))  and T-4 (Title 18 U.S.C. section 3161(h)(7)(B)(iv)) up to
6 and including, June 22, 2010, due to both the complexity of the case and to allow
7 reasonable time for effective representation and preparation, taking into account the
8 exercise of reasonable diligence.
9     The parties agree and stipulate that the interests of justice are served by
10 granting this continuance outweigh the bests interests of the public and the defendant
11 in a speedy trial. (Title 18 U.S.C. section 3161(h)(7)(A))

13     Respectfully submitted,
14     LARENCE G. BROWN
    ACTING UNITED STATES ATTORNEY

    /s/ TODD LERAS, by telephone authorization

16 DATED: 8-25-09     _____
17     TODD LERAS
    ASSISTANT UNITED STATES ATTORNEY
18     ATTORNEYS FOR THE PLAINTIFF

    /s/ JAMES R. GREINER
20 DATED: 8-25-09     _____
21     JAMES R. GREINER
    ATTORNEY FOR DEFENDANT PULLEY

24 ///
///
25 ///

3

**ORDER**

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

DATED: August 26, 2009.

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE