**JAMES R. GREINER, ESQ.**
CALIFORNIA STATE BAR NUMBER 123357
**LAW OFFICES OF JAMES R. GREINER**
555 UNIVERSITY AVENUE, SUITE 290
SACRAMENTO, CALIFORNIA 95825
TELEPHONE:(916) 649-2006
FAX: (916) 920-7951
E MAIL: jaygreiner@midtown.net

ATTORNEY FOR DEFENDANT
RICHARD J. PULLEY

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. S-05-368-FCD |
| ) | |
| PLAINTIFF, ) | STIPULATION AND ORDER |
| ) | CONTINUING THE STATUS |
| v. ) | CONFERENCE TO |
| ) | MONDAY, SEPTEMBER 13, 2010 |
| RICHARD J. PULLEY, ) | |
| ) | |
| ) | |
| DEFENDANT. ) | |
| _____) | |

   Plaintiff United States of America, by its counsel, Assistant United States Attorney, Mr. Todd Leras, and defendant Richard J. Pulley, by his counsel, Mr. James R. Greiner, hereby stipulate and agree that the presently scheduled status conference of Monday, June 28, 2010, can be vacated and that a new Status Conference can be set for Monday, September 13, 2010, at 10:00 a.m., before the Honorable District Court Judge, Frank C. Damrell, Jr..

   The Court's courtroom deputy, Ms. Michele Krueger, was consulted to check that the Court was available on the above date and the Court is available.

   The case is complex within the meaning of the Speedy Trial Act Title 18 U.S.C. section 3161(h)(7)(B)(ii) and local code T-2, which allows the Court to make the finding that this case is so unusual or so complex, due to the number of transcripts

1

which have been transcribed and put on a CD disc, these transcripts are conversations between the defendant and the government's under cover officer over a period of eight (8) months spanning over the end of one year into another year and are a critical part of the case (both pre-trial and trial), the analysis of the transcripts and the use of the transcripts both pre-trial and preparation for trial are critical for both the government and the defense, in addition, the case has complex issues of potential sentencing which has been in the middle of the discussions of this case between the government and the defense and reasonably will continue to be for the foreseeable future and as such it is unreasonable to expect adequate preparation for pretrial proceedings or the trial itself within the time limits established by the Speedy Trial Act. Therefore, both parties agree and stipulate that this case falls within the parameters of the Speedy Trial Act's complex case. Further, both parties agree and stipulate that time should be excluded **under Title 18 U.S.C. section 3161(h)(7)(B)(ii) and local code T-2 up to and including Monday, September 13, 2010.**

In addition, the parties stipulate and agree that time under the Speedy Trial Act shall be excluded **up to and including Monday, September 13, 2010, under Title 18 U.S.C. section 3161(h)(7)(B)(iv) and Local Code T**-4, to allow for adequate preparation of counsel for pre-trial and trial purposes.

The parties agree and stipulate that the additional time is needed by the defense to adequately review all of the transcripts; to adequately continue further investigation due to the content that is contained on the transcripts (which could include, but not be limited to, having an investigator travel and locate various individuals that may be located throughout California and possibly outside of California); to allow further discussions between the defendant and defense counsel and between the parties always attempting in good faith to resolve this case short of trial,  thus saving both the Court and the government precious resources.

The parties agree and stipulate that the ends of justice are served by the Court

2

1  excluding time under the Speedy Trial Act under both local code T-2 (**Title 18 U.S.C.**
2  **section 3161(h)(7)(B)(ii)**) for complexity  and T-4 (**Title 18 U.S.C. section**
3  **3161(h)(7)(B)(iv)**), for time to adequately prepare,  **up to and including, Monday,**
4  **September 13, 2010,** due to both the complexity of the case and to allow reasonable
5  time for effective representation and preparation, taking into account the exercise of
6  reasonable diligence.

7      The parties agree and stipulate that the interests of justice are served by granting
8  this continuance outweigh the bests interests of the public and the defendant in a
9  speedy trial. (Title 18 U.S.C. section 3161(h)(7)(A))

10
11                             Respectfully submitted,
12                             BENJAMIN B. WAGNER
                           UNITED STATES ATTORNEY
13
                           /s/ TODD LERAS, by e mail authorization
14
15  DATED: 6-23-10              _____
                           TODD LERAS
                           ASSISTANT UNITED STATES ATTORNEY
16                             ATTORNEYS FOR THE PLAINTIFF
17
                           /s/ JAMES R. GREINER
18  DATED: 6-23-10              _____
                           JAMES R. GREINER
19                             ATTORNEY FOR DEFENDANT PULLEY

20                                   **ORDER**
21
22      Based upon the representations of counsel, the record in this case, and the
23  agreements and stipulations between all counsel in the case, and that
24      All parties agree and Stipulate that this Court can make the appropriate findings
25  supported by the record in this case that this case is complex pursuant to the Speedy
26  Trial Act, **Title 18 U.S.C. section 3161(h)(7)(B)(ii) and local code T-2,** which allows
27  the Court to make the finding that this case is so unusual or so complex**,** due to the

28

1  nature of the prosecution, and/or the existence of novel questions of fact or law,
2  and/or, the existence of the amount of discovery, that it is unreasonable to expect
3  adequate preparation for pretrial proceedings or the trial itself within the time limits
4  established by the Speedy Trial Act. In addition, the Court can make a finding from
5  the record in this case, that time shall also be excluded under **local code T**-4, that time
6  is to be excluded  for the reasonable time necessary for effective preparation by
7  defense counsel and **Title 18 U.S.C. section 3161(h)(7)(B)(iv)**, of the speedy trial act
8       The Status Conference currently set for **Monday, June 28, 2010, is vacated**,
9  and the **new Status Conference is set for Monday, September 13, 2010**, with time
10 excluded under the Speedy Trial Act **from Monday, June 28, 2010**, **through to and**
11 **including Monday, September 13, 2010,** for the reasons agreed to and stipulated by
12 the parties and as stated herein (under Local Code T-2, complexity and T-4, time to
13 prepare).

15 **FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

18 DATED: June 25, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES COURT JUDGE

4