**JAMES R. GREINER, ESQ.**
CALIFORNIA STATE BAR NUMBER 123357
**LAW OFFICES OF JAMES R. GREINER**
555 UNIVERSITY AVENUE, SUITE 290
SACRAMENTO, CALIFORNIA 95825
TELEPHONE:(916) 649-2006
FAX: (916) 920-7951
E MAIL: jaygreiner@midtown.net

ATTORNEY FOR DEFENDANT
RICHARD J. PULLEY

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. S-05-368-FCD |
| ) | |
| PLAINTIFF, ) | STIPULATION AND ORDER |
| ) | CONTINUING THE STATUS |
| v. ) | CONFERENCE TO |
| ) | MONDAY, FEBRUARY 7, 2011 |
| RICHARD J. PULLEY, ) | |
| ) | |
| ) | |
| DEFENDANT. ) | |
| _____) | |

Plaintiff United States of America, by its counsel, Assistant United States Attorney, Mr. Todd Leras, and defendant Richard J. Pulley, by his counsel, Mr. James R. Greiner, hereby stipulate and agree that the presently scheduled status conference of **Monday, November 1, 2010**, can be vacated and that a new Status Conference can be set for **Monday, February 7, 2011, at 10:00 a.m.**, before the Honorable District Court Judge, Frank C. Damrell, Jr..

The Court's courtroom deputy, Ms. Michele Krueger, was consulted to check that the Court was available on the above date and the Court is available.

The case is complex within the meaning of the Speedy Trial Act Title 18 U.S.C. section 3161(h)(7)(B)(ii) and local code T-2, which allows the Court to make the finding that this case is so unusual or so complex, due to the number of transcripts

1

which have been transcribed and put on a CD disc, these transcripts are conversations between the defendant and the government's under cover officer over a period of eight (8) months spanning over the end of one year into another year and are a critical part of the case (both pre-trial and trial), the analysis of the transcripts and the use of the transcripts both pre-trial and preparation for trial are critical for both the government and the defense, in addition, the case has complex issues of potential sentencing which has been in the middle of the discussions of this case between the government and the defense and reasonably will continue to be for the foreseeable future and as such it is unreasonable to expect adequate preparation for pretrial proceedings or the trial itself within the time limits established by the Speedy Trial Act. Therefore, both parties agree and stipulate that this case falls within the parameters of the Speedy Trial Act's complex case. Further, both parties agree and stipulate that time should be excluded **under Title 18 U.S.C. section 3161(h)(7)(B)(ii) and local code T-2 up to and including Monday, February 7, 2011.**

In addition, the parties stipulate and agree that time under the Speedy Trial Act shall be excluded **up to and including Monday, February 7, 2011, under Title 18 U.S.C. section 3161(h)(7)(B)(iv) and Local Code T**-4, to allow for adequate preparation of counsel for pre-trial and trial purposes.

The parties agree and stipulate that the additional time is needed by the defense to adequately review all of the transcripts; to adequately continue further investigation due to the content that is contained on the transcripts (which could include, but not be limited to, having an investigator travel and locate various individuals that may be located throughout California and possibly outside of California); to allow further discussions between the defendant and defense counsel and between the parties continuing in their good faith attempts to resolve this case short of trial, adequate time for counsel to review with the defendant the proposed plea agreement from the government including the advisory sentencing guidelines, and if the parties can work

2

out a plea agreement this would be a savings to both the Court and the government of precious resources.

The parties agree and stipulate that the ends of justice are served by the Court excluding time under the Speedy Trial Act under both local code T-2 (**Title 18 U.S.C. section 3161(h)(7)(B)(ii)**) for complexity and T-4 (**Title 18 U.S.C. section 3161(h)(7)(B)(iv)**), for time to adequately prepare, **up to and including, Monday, February 7, 2011,** due to both the complexity of the case and to allow reasonable time for effective representation and preparation, taking into account the exercise of reasonable diligence.

The parties agree and stipulate that the interests of justice are served by granting this continuance outweigh the bests interests of the public and the defendant in a speedy trial. (Title 18 U.S.C. section 3161(h)(7)(A))

Respectfully submitted,

BENJAMIN B. WAGNER
UNITED STATES ATTORNEY

/s/ TODD LERAS, by telephone authorization

DATED: 10-28-10
_____
TODD LERAS
ASSISTANT UNITED STATES ATTORNEY
ATTORNEYS FOR THE PLAINTIFF

/s/ JAMES R. GREINER

DATED: 10-28-10
_____
JAMES R. GREINER
ATTORNEY FOR DEFENDANT PULLEY

/ / /

/ / /

/ / /

3

**ORDER**

Based upon the representations of counsel, the record in this case, and the agreements and stipulations between all counsel in the case, and that

All parties agree and Stipulate that this Court can make the appropriate findings supported by the record in this case that this case is complex pursuant to the Speedy Trial Act, **Title 18 U.S.C. section 3161(h)(7)(B)(ii) and local code T-2,** which allows the Court to make the finding that this case is so unusual or so complex**,** due to the nature of the prosecution, and/or the existence of novel questions of fact or law, and/or, the existence of the amount of discovery, that it is unreasonable to expect adequate preparation for pretrial proceedings or the trial itself within the time limits established by the Speedy Trial Act. In addition, the Court can make a finding from the record in this case, that time shall also be excluded under **local code T**-4, that time is to be excluded for the reasonable time necessary for effective preparation by defense counsel and **Title 18 U.S.C. section 3161(h)(7)(B)(iv)**, of the speedy trial act**.**

The Status Conference currently set for **Monday, November 1, 2010, is vacated**, and the **new Status Conference is set for Monday, February 7, 2011**, with time excluded under the Speedy Trial Act **from Monday, November 1, 2010, through to and including Monday, February 7, 2011,** for the reasons agreed to and stipulated by the parties and as stated herein (under Local Code T-2, complexity and T-4, time to prepare).

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

DATED: October 28, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE