**JAMES R. GREINER, ESQ.**
CALIFORNIA STATE BAR NUMBER 123357
**LAW OFFICES OF JAMES R. GREINER**
555 UNIVERSITY AVENUE, SUITE 290
SACRAMENTO, CALIFORNIA 95825
TELEPHONE:(916) 649-2006
FAX: (916) 920-7951
E MAIL: jaygreiner@midtown.net

ATTORNEY FOR DEFENDANT
RICHARD J. PULLEY

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:05-cr-00368-KJM |
| ) | |
| PLAINTIFF, ) | STIPULATION AND ORDER |
| ) | SETTING A STATUS |
| v. ) | CONFERENCE FOR |
| ) | THURSDAY, MAY 5, 2011 |
| RICHARD J. PULLEY, ) | |
| ) | |
| DEFENDANT. ) | |

Plaintiff United States of America, by its counsel, Assistant United States Attorney, Mr. Todd Leras, and defendant Richard J. Pulley, by his counsel, Mr. James R. Greiner, hereby stipulate and agree that the case can be set for a status conference on Thursday, May 5, 2011,  before the Honorable District Court Judge, Kimberly J. Mueller.

The Court's courtroom deputy, Ms. Casey Schultz, was consulted to check that the Court was available on the above date and the Court is available.

The Court has already excluded time under the Speedy Trial Act pursuant to Local Code T-2 and T-4 on February 3, 2011 (Docket # 73) and the parties continue to agree and stipulate to that exclusion of time up to and including the trial date of June 20, 2011.

1

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | BENJAMIN B. WAGNER<br>UNITED STATES ATTORNEY |
|  | /s/ TODD LERAS, by telephone authorization |
| DATED: 4-12-11 | _____<br>TODD LERAS<br>ASSISTANT UNITED STATES ATTORNEY<br>ATTORNEYS FOR THE PLAINTIFF |
|  | /s/ JAMES R. GREINER |
| DATED: 4-12-11 | _____<br>JAMES R. GREINER<br>ATTORNEY FOR DEFENDANT PULLEY |

**ORDER**

Based upon the representations of counsel, the record in this case, and the agreements and stipulations between all counsel in the case,

The Court sets this matter for a further status conference on Thursday, May 5, 2011.

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

DATED: April 20, 2011.

_____
UNITED STATES DISTRICT JUDGE