1  **JAMES R. GREINER, ESQ.**
   CALIFORNIA STATE BAR NUMBER 123357
2  **LAW OFFICES OF JAMES R. GREINER**
   555 UNIVERSITY AVENUE, SUITE 290
3  SACRAMENTO, CALIFORNIA 95825
   TELEPHONE:(916) 649-2006
4  FAX: (916) 920-7951
   E MAIL: jaygreiner@midtown.net
5
   ATTORNEY FOR DEFENDANT
6  RICHARD J. PULLEY

7

8             IN THE UNITED STATES DISTRICT COURT FOR THE

9                   EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )      CR.-S-05-368-LKK
                                    )
12         PLAINTIFF,               )      STIPULATION AND
                                    )      ORDER TO CONTINUE THE
13     v.                           )      JUDGMENT AND SENTENCE
                                    )      DATE TO TUESDAY,
14                                  )      AUGUST 27, 2013 AND MODIFY
                                    )      THE SCHEDULE OF DISCLOSURE
15 RICHARD J. PULLEY,              )      OF THE PRE-SENTENCE REPORT
                                    )
16                                  )
         DEFENDANT.                 )
17 _____   )

18         Plaintiff United States of America, by its counsel, Assistant United States Attorney, Mr.

19 Todd Leras, and defendant Richard J. Pulley, by his counsel, Mr. James R. Greiner, hereby stipulate

20 and agree that the current Judgment and Sentence date of Tuesday, July 9, 2013, can ve vacated and

21 that a new Judgment and Sentence date of Tuesday, August 27, 2013, at 9:15 a.m.  can be set before

22 the Honorable Senior United States District Court Judge, Lawrence K. Karlton.  The Court's

23 availability on this date, August 27, 2013, has been confirmed.

24                              **BACKGROUND**

25         On April 23, 2013, the jury returned a verdict of Guilty on Court.

26 //

27 //

28                                    1

**AMENDED SCHEDULE FOR DISCLOSURE**

**OF PRE-SENTENCE REPORT**

The parties and probation agree to the following amended schedule for the disclosure of the pre-sentence report:

| | |
|---|---|
| Disclosure of Proposed pre-sentence report | June 18, 2013 |
| Counsels' written objections | July 9, 2013 |
| Pre-Sentence Report filed with the Court | July 16, 2013 |
| Motion for Correction of Pre-Sentence Report | July 30, 2013 |
| Reply | August 13, 2013 |
| Judgment and Sentence | August 27, 2013 |

Probation agrees with the continuance and the amended schedule.


Respectfully submitted,
BENJAMIN B. WAGNER
UNITED STATES ATTORNEY

DATED: 5-24-13          /s/ TODD LERAS
                        _____
                        TODD LERAS
                        ASSISTANT UNITED STATES ATTORNEY

DATED: 5-24-13          /s/ JAMES R. GREINER
                        _____
                        James R. Greiner
                        Attorney for Defendant
                        RICHARD PULLEY

2

**ORDER**

**THE COURT MAKES THE FOLLOWING FINDINGS:**

The Court finds request of the parties to be reasonable and therefore adopts the request of the parties as follows:

| | |
|---|---|
| Disclosure of Proposed pre-sentence report | June 24, 2013 |
| Counsels' written objections | July 8, 2013 |
| Pre-Sentence Report filed with the Court | July 15, 2013 |
| Motion for Correction of Pre-Sentence Report | July 29, 2013 |
| Reply | August 12, 2013 |
| Judgment and Sentence | August 27, 2013 |

**Further, the Court Orders that the Judgment and Sentence date of Monday, July 9, 2013, is vacated and reset for August 27, 2013.**

**IT IS SO ORDERED.**

DATED: May 30, 2013

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

3