UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>RICHARD J. PULLEY,<br><br>    Defendant. | No.  CR. S-05-368 LKK<br><br><br>**ORDER** |

The court is in receipt of a document entitled "Affidavit", which nonetheless appears to a motion or motions.

This matter is before the Ninth Circuit.

Accordingly, to the extent the document is intended to be a motion or motions, it is DENIED.

IT IS SO ORDERED.

DATED:  April 25, 2014.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1