Timothy E. Warriner (SB#166128)
Attorney at Law
428 J St., Suite 350
Sacramento, CA 95814
(916) 443-7141

Attorney for Defendant,
Richard James Pulley, Jr.

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTSRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    vs.<br><br>RICHARD JAMES PULLEY, JR.,<br><br>        Defendant. | Case No. 05-cr-00368 JAM<br><br>UNOPPOSED ORDER RELEASING DEFENDANT PENDING APPEAL DISPOSITION |

GOOD CAUSE APPEARING, it is hereby ordered that defendant Richard James Pulley, Jr. (Reg. # 15948-098) be released forthwith from the custody of the United States Bureau of Prisons pursuant to 18 U.S.C. § 3143(b).

Said release is pursuant to all conditions of supervised release ordered by the court in the Judgment filed September 17, 2013. It is further ordered that defendant be supervised by the United States Probation Office, Eastern District of California, and that the defendant report to that office within 72 hours of his release from prison.

The government does not oppose the defendant's release pursuant to the foregoing terms and conditions. Defendant will remain released on these conditions pending disposition of his appeal or further order of this Court.

DATED: February 17, 2016          /s/ John A. Mendez_____
                                  HON. JOHN A. MENDEZ
                                  UNITED STATES DISTRICT COURT JUDGE