Timothy E. Warriner (SB#166128)
Attorney at Law
428 J St., Suite 350
Sacramento, CA 95814
(916) 443-7141

Attorney for Defendant,
Richard James Pulley, Jr.

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTSRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RICHARD JAMES PULLEY, JR.,<br><br>Defendant. | Case No. 05-cr-00368 JAM<br><br>WAIVER OF PERSONAL APPEARANCE; ORDER |

The undersigned defendant, Richard James Pulley, Jr., hereby waives the right to be present in person in open court upon the hearing of any motion or other proceeding in this cause, including when the case is ordered set for trial, when a continuance is ordered, and when any other action is taken by the court before trial except upon empanelment of jury and trial itself.

The undersigned defendant hereby requests the court to proceed during his absence, which the court may permit pursuant to this waiver, and hereby agrees that his interests will be deemed represented at all times by the presence of his attorney the same as if the defendant himself were personally present in court, and further agrees to be present in person in court when the jury is impaneled and the trial is under way, or at any time it is ordered by the court..

The defendant further acknowledges that he has been informed of her rights under Title 18 U.S.C. §§ 3161-3174 (The Speedy Trial Act) and authorizes his attorney to set times and delays under that Act without his personal presence.

1

DATED: April 22, 2016                         /s/ Richard James Pulley, Jr.[1], Defendant

I concur in Mr. Pulley's decision to waive his presence at future proceedings.

DATED: April 5, 2016                         /s/ Timothy E. Warriner, Attorney for Defendant,
                                             Richard James Pulley, Jr.

ORDER

The court hereby approves the waiver of personal appearance.

DATED:  4/26/2016                            /s/ John A. Mendez_____
                                             UNITED STATES DISTRICT JUDGE

---

[1] Pursuant to local EFC procedure, attorney will maintain an originally executed copy.