PHILLIP A. TALBERT
Acting United States Attorney
MATTHEW M. YELOVICH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:05-CR-368 JAM |
| Plaintiff, | STIPULATION REGARDING MOTION SCHEDULE AND EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT;  FINDINGS AND ORDER |
| v. | |
| RICHARD JAMES PULLEY, JR., | |
| Defendant. | |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for the following pretrial motion schedule: defendant's motions were due by August 1, 2016; government responses were due by August 15, 2016; replies were due by August 22, 2016; and a motion hearing was set for September 13, 2016. See ECF No. 265. Time was previously excluded under the Speedy Trial Act, see 18 U.S.C. § 3161, through September 13, 2016, pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] to allow for adequate defense preparation.

2. On August 1, 2016, the defendant filed a motion to suppress evidence based on the Fourth Amendment. See ECF No. 266.

3. By this stipulation, the parties now move to continue the proposed motion schedule by

one week, resetting the previous schedule as follows:  government response will be due August 22, 2016; replies will be due August 29, 2016; and a motion hearing will be set for September 20, 2016 at 9:15 a.m.

4. The government requests this continuance due to trial demands and the need to research adequately the factual underpinnings of defendant's motion.  Government counsel is in trial from August 2, 2016, through August 19, 2016.  Defendant stipulates to this continuance based upon the government's need for a reasonable time to respond and the defense's continued preparation.

5. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of September 13, 2016, to September 20, 2016, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(1)(D), because it is a "delay resulting from any pretrial motion, from the filing of the motion through the conclusion of the hearing on, or other prompt disposition of, such motion," and the new hearing date when the motion will be heard is one week past when the original hearing date was scheduled.  See United States v. Tinklenberg, 563 U.S. 647, 650 (2007) (holding that 18 U.S.C. § 3161(h)(1)(D) "stops the Speedy Trial clock from running automatically upon the filing of a pretrial motion irrespective of whether the motion has any impact on when the trial begins"); Henderson v. United States, 476 U.S. 321, 327 (1986) (rejecting argument that exclusion of time for pretrial motions applied only to "reasonable" delays).

6. Furthermore, the defendant stipulates to the one-week continuance based on the need for adequate defense preparation.  Accordingly, the defendant agrees that time may be excluded on the independent basis of being a reasonable time necessary for effective preparation, taking into account the exercise of due diligence, pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4].

7. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

///
///
///
///

///

IT IS SO STIPULATED.

Dated:  August 2, 2016                     PHILLIP A. TALBERT
                                          Acting United States Attorney

                                          /s/ MATTHEW M. YELOVICH
                                          MATTHEW M. YELOVICH
                                          Assistant United States Attorney

Dated:  August 2, 2016                     /s/ TIMOTHY WARRINER
                                          TIMOTHY WARRINER
                                          Counsel for Defendant
                                          RICHARD JAMES PULLEY, JR.

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 3rd day of August, 2016.

                                          /s/ John A. Mendez
                                          THE HONORABLE JOHN A. MENDEZ
                                          UNITED STATES DISTRICT COURT JUDGE