Krista Hart
Attorney at Law
State Bar No. 199650
P.O. Box 188794
Sacramento, CA 95818
(916) 498-8398
[kristahartesq@gmail.com](kristahartesq@gmail.com)

Attorney for Defendant
Richard Pulley

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br><br>　　　v.<br><br>RICHARD PULLEY,<br>　　　　　Defendant. | 2:05-cr-00368-JAM<br>USCA 17-10150<br><br><br>PROPOSED ORDER |
|---|---|

**GOOD CAUSE APPEARING** the court reporters are ordered to prepare the sealed portions of the transcripts of the hearings on June 7, 2016 and October 18, 2016, and provide copies of those transcripts to appellate counsel Krista Hart. The transcripts are to otherwise remain sealed unless and until Mr. Pulley introduces them into the appeal.

DATED: 5/17/2017　　　　　　　　　/s/ John A. Mendez_____
　　　　　　　　　　　　　　　　　Hon. John A. Mendez
　　　　　　　　　　　　　　　　　U. S. District Court Judge