1

2

3

4

5

6

7

8                         UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,              No.  2:05-cr-00368 JAM AC 1

12            Respondent,

13        v.                                ORDER

14   RICHARD JAMES PULLEY, JR., also
     known as Khaliq Ali Abdul As Salaam,
15
              Movant.
16

17

18        Movant, a federal prisoner proceeding pro se, has filed a motion to vacate, set aside, or

19   correct his sentence pursuant to 28 U.S.C. § 2255.[1]  Since movant may be entitled to the

20   requested relief if he can establish a violation of his constitutional rights, respondent is directed to

21   file and serve an answer within thirty days after the filing date of this order.  See Rule 4, Rules

22   Governing Section 2255 Proceedings.

23        Respondent shall include with the answer any and all transcripts or other documents

24   relevant to the determination of the issues presented in the motion.  See Rule 5, Rules Governing

25   Section 2255 Proceedings.  Movant's traverse, if any, is due within thirty days after service of

26   respondent's answer.

27   _____

     [1]  Movant's motion, filed May 20, 2019 (ECF No. 307), was referred to the undersigned
28   magistrate judge on November 20, 2020 (ECF No. 310).

1

1    If respondent files a motion to dismiss rather than an answer, movant's opposition or

2  statement of non-opposition to the motion shall be filed and served within thirty days after service

3  of the motion, and respondent's reply, if any, shall be filed and served within fourteen days

4  thereafter.

5    The Clerk of the Court shall serve a copy of this order, together with a copy of movant's

6  motion, on the United States Attorney or his authorized representative.

7    IT IS SO ORDERED.

8  DATED: November 24, 2020

9  _____
   ALLISON CLAIRE
10  UNITED STATES MAGISTRATE JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28